_____

**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

| | |
|---|---|
| IN RE: | : CASE NO: 20-13540-JDW |
| | : CHAPTER: 13 |
| WILLIAM JOHNSON, | : |
| Debtor. | : |
| WILLIAM JOHNSON, | : |
| Movant, | : CONTESTED MATTER |
| vs. | : |
| QUICKEN LOANS, LLC, | : |
| Respondent. | : |

### AGREED ORDER ON DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED BY QUICKEN LOANS, LLC [CLAIM NO. 2]

This matter came before the Court on Debtor's Objection to Proof of Claim filed by Quicken Loans, LLC [Claim No. 2] filed on February 10, 2021 (Dkt. #13) and set for hearing on March 30, 2021. Quicken Loans, LLC filed a Response to Objection to Proof of Claim filed by Quicken Loans, LLC [Claim No. 2] on February 18, 2021 (Dkt. #14). The parties have conferred and reached an agreement. Accordingly, it is hereby

**ORDERED** the post-petition mortgage payments on Respondent's claim #2 will be funded directly by the Debtor and the Co-Debtor (Amy Johnson) to Respondent outside of the Debtor's chapter 13 bankruptcy Plan. It is further

**ORDERED** Respondent's lien associated with its Proof of Claim #2 shall retain its secured status. It is further

**ORDERED** the chapter 13 Trustee shall not make disbursements on Respondent's Proof of Claim #2.

### ##END OF ORDER##

Approved for entry by:

/s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
428 North Lamar Blvd, Suite 107
Oxford, MS 38655
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Respondent


Consented to by:

/s/ Robert H. Lomenick, Jr.
Robert H. Lomenick, Jr., Esq.
MS State Bar No.
P.O. Box 417
Holly Springs, MS 38635
662-252-3224
robert@northmsbankruptcy.com
Attorney for Debtor

*Signatures continue on the following page*

No Opposition to by:

/s/ Jeffrey Tyree
For Terre M. Vardaman
MS State Bar No.
P.O. Box 1326
Brandon, MS 39043
601-825-7663
Standing Chapter 13 Trustee

DISTRIBUTION LIST

William Johnson
536 Royal Pecan Way
Collierville, TN 38017

Robert H. Lomenick, Jr., Esq
P.O. Box 417
Holly Springs, MS 38635

Terre M. Vardaman, Trustee
P.O. Box 1326
Brandon, MS 39043

United States Trustee
501 E. Court Street
Suite 6-430
Jackson, MS 39201


Natalie Brown, Esq.
Rubin Lublin, LLC
428 North Lamar Blvd
Suite 107
Oxford, MS 38655