Alaya Owens
c/o William M. Quin, Esq.
602 Steed Rd, Ste 200
Ridgeland, MS 39157

Baptist Memorial Hospital Union County
200 Hwy 30 West
New Albany, MS 38652

Circuit Court of Union Couty
114 Bankhead St
New Albany, MS 38652

Gerald D. Jowers, Jr. Esq
500 Taylor St, Ste 301
Columbia, SC 29201