N13REV

2013540-Court-A-   ABD
KAREN B. SCHNELLER
126 NORTH SPRING ST
PO BOX 417
HOLLY SPRINGS, MS 38635


ABD US Bankruptcy Court
703 Hwy 145 North
Aberdeen, MS 39730


NOTICE


The debtor (both spouses in a joint case) must be present at the meeting of creditors to be questioned under oath by the trustee and by creditors. Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded at a later date without notice.  Failure of the debtor(s) or debtor(s)' attorney to appear at the section 341(a) meeting, to timely file  schedules and related documents or to pay required fees may result in dismissal of this case without further notice.

** Important notice to individual debtors: Effective June 1, 2002, all individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. **

# United States Bankruptcy Court
### FOR THE
Northern District of Mississippi

| | | | |
|---|---|---|---|
| Debtor 1: WILLIAM JOHNSON | | Last 4 digits of Social Security number or ITIN: <br> EIN: | XXX-XX-7504 |
| Debtor 2: | | Last 4 digits of Social Security number or ITIN: <br> EIN: | |
| Case Number: 20-13540 | | Date Case Filed or Converted to Chapter 13: | December 31, 2020 |

Form 309I (12/15)

## NOTICE OF CHAPTER 13 BANKRUPTCY CASE

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in this case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly indentify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in this case. Do not include more that the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: | |
|---|---|---|---|
| **1: Debtor's full name** | WILLIAM JOHNSON | | |
| **2: All other names used in the last 8 years** | | | |
| **3: Address** | 536 ROYAL PECAN WAY <br><br> COLLIERVILLE, TN 38017 | If debtor 2 lives at a different address: | |
| **4: Debtor's attorney** <br> Name and Address | KAREN B. SCHNELLER <br> 126 NORTH SPRING ST <br> PO BOX 417 <br> HOLLY SPRINGS, MS 38635 | Contact phone <br><br> Email | (662) 252-3224 |
| **5: Bankruptcy trustee** <br> Name and Address | Terre M. Vardaman <br> Chapter 13 Trustee <br> P.O. Box 1326 <br> Brandon, MS 39043-1326 | Contact phone <br><br> Email | (601) 825-7663 |
| **6: Bankruptcy Clerk's office** <br> Documents in this case may be filed at this address. <br><br> You may inspect all records filed in this case at this office or online a www.pacer.gov. | ABD US Bankruptcy Court <br> 703 Hwy 145 North <br><br> Aberdeen, MS 39730 | Hours open <br><br><br> Contact phone | |

**Form 309I  Page 1**                                                                          **For more information, see page 2**

| 7: Meeting of creditors | | | |
|---|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. | February 04, 2021<br>Date | at 11:30 AM<br>Time | Location: Telephonic Conference<br>Phone Number: 866-909-8169<br>Passcode: 4278123# |
| Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | | |

| 8: Deadlines | | | |
|---|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>▪ a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>▪ a complaint if you want to have a paticular debt excepted from discharge under U.S.C. § 523(a)(2) or (4). | **Filing deadline:** | April 05, 2021 |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline:** | March 11, 2021 |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline:** | June 29, 2021 |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid for your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim.<br>Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** | 30 days after the conclusion of the meeting of creditors |

| 9: Filing of plan | Miss. Bankr. L.R. 3015-1(d) requires the debtor to serve a copy of the plan and related notice on the Trustee, the US Trustee, and all creditors. The plan may contain a motion for valuation of security and/or a motion to avoid lien. Any objection to the plan or to any motion contained therein shall be in writing and filed with the Clerk of Court on or before February 19, 2021. Objections will be heard on March 30, 2021 at 01:30 PM, OXF US Bankruptcy Court, Federal Building, 911 Jackson Avenue E, Oxford, MS 38655 unless otherwise ordered by the court. If no objection is timely filed, the plan may be confirmed without a hearing.<br><br>**The debtor has filed a plan. The plan or a summary of the plan will be sent separately.** |
|---|---|
| **10: Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11: Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan will be sent to you later and the court will send you a notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12: Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13: Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you beleive that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exenptions in line 8. |

**Form 309I    Page 2**

| CASE: 2013540 | TRUSTEE: TV | COURT: 387 | | |
|---|---|---|---|---|
| TASK: 01-11-2021.00548432.N13REV | | DATED: 01/12/2021 | | |
| Court | | ABD US Bankruptcy Court | | 703 Hwy 145 North<br>Aberdeen, MS 39730 |
| Trustee | | Terre M. Vardaman<br>P.O. Box 1326 | | Chapter 13 Trustee<br>Brandon, MS 39043-1326 |
| Debtor | | WILLIAM JOHNSON | | 536 ROYAL PECAN WAY<br>COLLIERVILLE, TN 38017 |
| 799 | 000002 | KAREN B. SCHNELLER<br>PO BOX 417 | | 126 NORTH SPRING ST<br>HOLLY SPRINGS, MS 38635 |
| 007 | 000005 | INTERNAL REVENUE SERVICE | | P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| 008 | 000013 | INTERNAL REVENUE SERVICE | | P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| 006 | 000024 | HIBU, INC<br>2201 RENAISSANCE BLVD | | ATTN: CUSTOMER SERVICE<br>KING OF PRUSSIA, PA 19406-2673 |
| 003 | 000017 | CHASE<br>P O BOX 15298 | | ACCOUNT INQUIRIES<br>WILMINGTON, DE 19850 |
| 023 | 000012 | US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW | | INTERNAL REVENUE SERVICE<br>WASHINGTON, DC 20530-0001 |
| 018 | 000007 | RENASANT BANK | | 300 EAST BANKHEAD ST<br>NEW ALBANY, MS 38652 |
| 022 | 000008 | UNION COUNTY TAX COLLECTOR | | P O BOX 862<br>NEW ALBANY, MS 38652 |
| 016 | 000004 | NATALIE BROWN, ESQ<br>428 NORTH LAMAR BLVD, STE 107 | | RUBIN LUBLIN, LLC<br>OXFORD, MS 38655 |
| 021 | 000010 | U S ATTORNEY<br>900 JEFFERSON AVE | | FOR IRS<br>OXFORD, MS 38655-0000 |
| 011 | 000026 | MAXX SOUTH | | 105 ALLISON CV<br>OXFORD, MS 38655-7375 |
| 019 | 000011 | RENASANT BANK<br>P O BOX 709 | | BANKRUPTCY DEPT.<br>TUPELO, MS 38802-0709 |
| 020 | 000020 | RENASANT BANK<br>P O BOX 709 | | BANKRUPTCY DEPT.<br>TUPELO, MS 38802-0709 |
| 017 | 000006 | RENASANT BANK<br>ATTN: BANKRUPTCY DEPT | | P O BOX 4140<br>TUPELO, MS 38803 |
| 010 | 000025 | LAMAR ADVERTISING | | 102 W LINDEN ST<br>CORINTH, MS 38834 |
| 012 | 000021 | MDES<br>PO BOX 220 | | C/O ATTORNEY GENERAL'S OFFICE<br>JACKSON, MS 39205 |
| 013 | 000022 | MDOR<br>PO BOX 220 | | C/O ATTORNEY GENERAL'S OFFICE<br>JACKSON, MS 39205 |
| 014 | 000019 | MS DEPARTMENT OF EMPLOYMENT SECURIT | | P O BOX 1699<br>JACKSON, MS 39215 |
| 015 | 000014 | MS STATE TAX COMMISSION<br>BANKRUPTCY SECTION | | P O BOX 22808<br>JACKSON, MS 39225-2808 |
| 009 | 000009 | INTERNAL REVENUE SERVICE<br>100 W CAPITOL ST | | STOP 18 ATTN: MAXIE HENRY<br>JACKSON, MS 39269-0000 |
| 001 | 000015 | ASD HEALTHCARE<br>STE 400 | | 345 INTERNATIONAL BLVD<br>BROOKS, NY 40109 |
| 004 | 000023 | DEX-YP | | 2200 WEST AIRFIELD DR<br>DALLAS, TX 75261 |

| | | | |
|---|---|---|---|
| CASE: 2013540 | TRUSTEE: TV | COURT: 387 | |
| TASK: 01-11-2021.00548432.N13REV | | DATED: 01/12/2021 | |
| 005 | 000018 | DEX-YP | 2200 WEST AIRFIELD DR<br>DALLAS, TX 75261 |
| 002 | 000016 | BANK OF AMERICA | P O BOX 982236<br>EL PASO, TX 79998-2236 |

27 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 01/12/2021.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   01/12/2021   BY /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail